## KIMBALL *v.* THE COUNTY OF STANTON.

*(Circuit Court, D. Nebraska.* November 10, 1880.)

1. PLEADING—GENERAL ISSUE—DENIAL.

———, for plaintiff.

———, for defendant.

McCRARY, C. J. This is a motion to make a part of the answer more specific. The general allegation of the answer is that defendant denies each and every material allegation of the petition. The motion requires him to specify what is denied and what is admitted. As a matter of course, the pleader is not to be the judge as to what is material and what is not. A denial of the material allegations is not a sufficient denial of the general issue.